UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
_Louisville_ DIVISION

FILED
U.S. DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
12 MAR -1 PM 2:32

John V. Heath

name of plaintiff(s)

v.

General Electric Products Distribution Co.
Vanguard Services Group, Inc.

name of defendant(s)

Civil Case No. 3:12-CV-113-S

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

   Age Discrimination in Employment Act of 1967 (ADEA)
   Americans with Disabilities Act of 1990 (ADA)
   49 CFR Parts 350-399

2. Plaintiff, John V. Heath, resides at 1465 Mellwood Ave., Louisville
   street address / city
   Jefferson, Ky, 40206, 502-526-7893
   county / state / zip code / area code, phone number

   (if more than one plaintiff, provide the same information for each plaintiff below):

3. Defendant, GENERAL ELECTRIC lives at, or its business is located at 4000 BUECHEL BANK ROAD,
   street address

   LOUISVILLE, JEFFERSON, KY,
   city         county        state

   40225.
   zip code

   (if more than one defendant, provide the same information for each defendant listed above):

   Product Distribution, INC.
   3925 Produce Road, Louisville KY 40214

   VANGUARD SERVICES GROUP, INC.
   8900 Keystone Crossing, Suite 450, Indianapolis, IN. 46240

4. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

   ON OR ABOUT March 1, 1997 this Plaintiff was hired by Defendant Products Distribution Co. as a Over The Road Truck Driver. Products Distribution Co. is a Subsidiary of Defendant GENERAL ELECTRIC Company. Plaintiff contends that he is owed monies due to Contractual and other Federally Protected Laws. That on March 2, 2011 he was terminated by Vanguard Services Group, INC. who inherited the obligations, Employment Laws, Agreements, etc. Even though Vanguard Services Group was a Late party they still are obligated To Enforce the Laws and Contractual Obligations.
   This Plaintiff was not given Agreed Upon Settlement

obligations in complaints Filed with the Local Equal Employment Opportunity Commission Even though at that time he may have been qualified (trained) to do other positions, such as a dispatcher. But Plaintiff's demeanor would probably impose strict compliance with the spirit and intent of 49 CFR 350-399. Now that Plaintiff is Losing his voice 3-1-12 then he probably could have worked another year or less.

Plaintiff has preserved all manifest, Log books, dates and places necessary to uphold all instances of Money owed, illegal activity of defendants and failure to comply with the law under 49 CFR 350-399, FLMA and Age discrimation.

I do not want the world, only to be made whole and completely sever my Relationship with all The Defendants before I Pass. If and when Defendants make Discovery they will be allowed to copy all the Orginial Documents.

5. Prayers for Relief (list what you want the Court to do):

   a. That Defendent(s) pay the Plaintiff for all proven monies that they owe him in regards to discrimation.
   b. That Defendent(s) pay the Plaintiff for forcing him to injure himself because of forced directions.
   c. That Defendent's pay the Plaintiff for forcing him to run illegal, making a direction to flasify various records.
   d. All other relief that Plaintiff appears to be entitled!!

6. Request for a Jury Trial   ✓ yes   ___ no

I (We) hereby certify under penalty that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this  1st  day of  March , 2012.

_John W. Heath_
_John V. Heath_
(signature of plaintiff (s) )