UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| JOHN V. HEATH, | : | |
| Plaintiff | : | Case No. 3:12-CV-00113-JGH |
| | : | |
| v. | : | |
| | : | |
| GENERAL ELECTRIC COMPANY, | : | |
| ET AL. | : | |
| | : | |
| Defendants | : | |

## AGREED ORDER DISMISSING SETTLED

Plaintiff, John V. Heath, *pro se*, and Defendant, Vanguard Services Group, Inc., by counsel, having agreed to a settlement of all claims which were or might have been alleged in this action by Plaintiff, John V. Heath, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that Plaintiff, John V. Heath's claims in the above-styled lawsuit, Case No. 3:12-CV-00113-JGH, against all Defendants are **DISMISSED**, with prejudice. All parties will bear their own fees and costs.  This is a final Order, there being no just reason for delay.

2

**HAVE SEEN AND AGREED:**

s/ Robert C. Rives IV
Robert C. Rives, IV
DINSMORE & SHOHL LLP
101 South 5th Street, Suite 2500
Louisville, KY 40202
(502) 540-2329
(502) 581-8111 (Fax)
*Counsel for Defendant Vanguard Services Group, Inc.*


s/ John V. Heath
Mr. John V. Heath
1465 Mellwood Avenue
Louisville, KY 40206
*Plaintiff, pro se*